# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newbern, Alistair E. | U.S. District Court, Middle District of Tennessee | 03/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Chambers of Magistrate Judge Alistair Newbern
U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | Harry Phillips American Inn of Court |
| 2. | Fellow | Tennessee Bar Foundation |
| 3. | Fellow | Nashville Bar Foundation |
| 4. | Board Member | W.O. Smith Music School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 03/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 03/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 03/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | | None | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. First Eagle Global Fd Cl A (SGENX) | B | Dividend | K | T | | | | | |
| 5. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 6. IRA #2 (H) | | | | | | | | | |
| 7. IShares Russell 1000 Growth (IWF) (X) | A | Dividend | J | T | | | | | |
| 8. IShares Russell 1000 Value (IWD) | A | Dividend | J | T | | | | | |
| 9. Vanguard Intermed Term Corp Bd (VCIT) (Y) | | | | | | | | | |
| 10. Brokerage Account #1 (H) | | | | | | | | | |
| 11. ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 12. ISA People's United (cash) | A | Interest | J | T | | | | | |
| 13. Vodafone Group Plc Shs Adr (VOD) | A | Dividend | J | T | | | | | |
| 14. American Beacon The London Co Inc Eq Fd Cl A (ABCAX) | B | Dividend | K | T | | | | | |
| 15. First Eagle Global Fd Cl A (SGENX) | B | Dividend | | | Sold | 06/21/19 | K | D | |
| 16. Brokerage Account #2 (H) | | | | | | | | | |
| 17. Blackrock Liquidity Fund T Fund Instl. Cl. (TSTXX) (cash eq.) | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 03/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Comm Services Select Sector (XLC) | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 19. Consumer Discretionary SPDR (XLY) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 20. First Trust Dow Jones Internet Index Fund (FDN) | | None | J | T | Buy | 06/21/19 | J | | |
| 21. Health Care SPDR (XLV) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 22. IShares NASDAQ Biotech ETF (IBB) | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 23. IShares IBOXX $ Invt. Grade Corp Bond (LQD) (X) | A | Dividend | J | T | | | | | |
| 24. IShares MBS ETF (MBB) (X) | A | Dividend | J | T | | | | | |
| 25. IShares Inc Core MSCI Emerg Mkts (IEMG) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 26. IShares Tr Core MSCI EAF (IEFA) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 27. Real Estate Select Sector SPDR Fd. Shs (IEFA) (X) | A | Dividend | J | T | | | | | |
| 28. Sector SPDR Energy (XLE) (X) | A | Dividend | J | T | | | | | |
| 29. Sector SPDR Utilities (XLU) (X) | A | Dividend | J | T | | | | | |
| 30. SPDR US Financial Sector (XLF) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 31. Vanguard Consumer Staples (VDC) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 32. Vanguard Materials ETF (VAW) (X) | A | Dividend | J | T | | | | | |
| 33. Vanguard Information Tech (VGT) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 34. Vanguard Industrial (VIS) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Short-Term Corp. Bond (VCSH) (X) | A | Dividend | J | T | | | | | |
| 36. Vanderbilt University 403(b) (H) | | | | | | | | | |
| 37. Hrdg Lvnr Intl Eq Is (HLMIX) | A | Dividend | J | T | | | | | |
| 38. Jackson Square Smid Cpgr IS (DCGTX) | A | Dividend | J | T | | | | | |
| 39. Vang Div Growth Inv (VDIGX) | B | Dividend | K | T | | | | | |
| 40. Vanguard Inst Index Plus (VIIIX) | A | Dividend | K | T | | | | | |
| 41. Loomis Core Pl Bd Y (NERYX) | B | Dividend | K | T | | | | | |
| 42. Retirement Account #1 (H) | | | | | | | | | |
| 43. AF Europac Grth R4 (REREX) | A | Dividend | J | T | | | | | |
| 44. MM Sel Midcap Gr I (MEFZX) | A | Dividend | J | T | | | | | |
| 45. Vang Ftse Soc Idx Is (VFTSX) | A | Dividend | J | T | | | | | |
| 46. Metwest Tot Rtn Bd P (MWTRX) | A | Dividend | J | T | | | | | |
| 47. Vanguard Target 2040 (VFORX) | A | Dividend | K | T | | | | | |
| 48. TIAA-CREF Vanderbilt University Defined Contribution Plan (H) | | | | | | | | | |
| 49. TIAA Traditional | A | Interest | L | T | | | | | |
| 50. TIAA-CREF UNC 401(A) ORP - UNC-CH (H) | | | | | | | | | |
| 51. TIAA Traditional | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 03/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alistair E. Newbern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544